IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT BODNAR, on behalf of himself**     **PLAINTIFF**

**and all others similarly situated**

VS.                Case No. _____

**CARVANA, LLC**     **DEFENDANT**

## DECLARATION OF ROBERT C. COLLINS III
## IN SUPPORT OF NOTICE OF REMOVAL OF CARVANA, LLC

I, Robert C. Collins III, hereby declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP. I have knowledge of the facts stated in this declaration and make this declaration in support of the Notice of Removal of Carvana, LLC in the above-captioned action. I am over 18 years of age. The facts contained in this declaration are based on my personal knowledge.

2. A true and correct copy of an Entity Search printout for Carvana, LLC obtained from the Arizona Secretary of State's website is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 19th day of January, 2022.

                                                   /s/ Robert C. Collins III

# EXHIBIT A

ENTITY INFORMATION

Search Date and Time: 12/6/2021 10:44:17 AM

Entity Details

Entity Name:

CARVANA, LLC

Entity ID:

L17453586

Entity Type:

Domestic LLC

Entity Status:

Active

Formation Date:

3/9/2012

Reason for Status:

In Good Standing

Approval Date:

3/13/2012

Status Date:

Original Incorporation Date:

3/9/2012

Life Period:

Perpetual

Business Type:

Last Annual Report Filed:

Domicile State:

Arizona

Annual Report Due Date:

Years Due:

Original Publish Date:

5/11/2012

12/6/2021 Arizona Corporation Commission

Statutory Agent Information

Name: CORPORATION SERVICE COMPANY

Appointed Status: Active 2/26/2019

Attention:

Address: 8825 N 23RD AVENUE SUITE 100, PHOENIX, AZ 85021, USA

Agent Last Updated: 2/26/2019

E-mail:

Attention:

Mailing Address: 8825 N 23RD AVENUE SUITE 100, PHOENIX, AZ 85021, USA

County: Maricopa

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Manager | CARVANA GROUP LLC | | 1930 W RIO SALADO PKWY, TEMPE, AZ, 85281, USA | 2/8/2016 | 8/8/2017 |
| Member | CARVANA CO SUB LLC | | 1930 W RIO SALADO PKWY, TEMPE, AZ, 85281, USA | 8/7/2017 | 8/9/2017 |
| Member | CARVANA GROUP LLC | | 1930 W RIO SALADO PKWY, TEMPE, AZ, 85281, USA | 2/8/2016 | 8/8/2017 |

Page 1 of 1, records 1 to 3 of 3

Address

Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)

Attention:

Address: ATTN: LICENSING DEPT 1930 W RIO SALADO PKWY, TEMPE, AZ, 85281, USA

County: Maricopa

Last Updated: 3/9/2012

Entity Principal Office Address

Attention:

Address:

County:

Last Updated:

| Back | Return to Search |

| Return to Results |

Document History    Name/Restructuring History

Pending Documents    Microfilm History