**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 20, 2022
Tammy H. Downs, Clerk
By: jakekornegay D.C.
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT BODNAR, on behalf of himself**                                                  **PLAINTIFF**

**and all others similarly situated**

VS.                                        Case No. ___2:22-cv-00013-BSM___

**CARVANA, LLC**                                                                                  **DEFENDANT**

## DECLARATION OF ROBERT C. COLLINS III
## IN SUPPORT OF NOTICE OF REMOVAL OF CARVANA, LLC

I, Robert C. Collins III, hereby declare as follows:

1.     I am a partner at the law firm of Latham & Watkins LLP. I have knowledge of the facts stated in this declaration and make this declaration in support of the Notice of Removal of Carvana, LLC in the above-captioned action. I am over 18 years of age. The facts contained in this declaration are based on my personal knowledge.

2.     A true and correct copy of an Entity Search printout for Carvana, LLC obtained from the Arizona Secretary of State's website is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 19th day of January, 2022.

/s/ Robert C. Collins III

# EXHIBIT A

# ENTITY INFORMATION

Search Date and Time: 12/6/2021 10:44:17 AM

## Entity Details

**Entity Name:** CARVANA, LLC

**Entity ID:** L17453586

**Entity Type:** Domestic LLC

**Entity Status:** Active

**Formation Date:** 3/9/2012

**Reason for Status:** In Good Standing

**Approval Date:** 3/13/2012

**Status Date:**

**Original Incorporation Date:** 3/9/2012

**Life Period:** Perpetual

**Business Type:**

**Last Annual Report Filed:**

**Domicile State:** Arizona

**Annual Report Due Date:**

**Years Due:**

**Original Publish Date:** 5/11/2012

Statutory Agent Information

Name: CORPORATION SERVICE COMPANY

Appointed Status: Active 2/26/2019

Attention:

Address: 8825 N 23RD AVENUE SUITE 100, PHOENIX, AZ 85021, USA

Agent Last Updated: 2/26/2019

E-mail:

Attention:

Mailing Address: 8825 N 23RD AVENUE SUITE 100, PHOENIX, AZ 85021, USA

County: Maricopa

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Manager | CARVANA GROUP LLC | | 1930 W RIO SALADO PKWY, TEMPE, AZ, 85281, USA | 2/8/2016 | 8/8/2017 |
| Member | CARVANA CO SUB LLC | | 1930 W RIO SALADO PKWY, TEMPE, AZ, 85281, USA | 8/7/2017 | 8/9/2017 |
| Member | CARVANA GROUP LLC | | 1930 W RIO SALADO PKWY, TEMPE, AZ, 85281, USA | 2/8/2016 | 8/8/2017 |

Page 1 of 1, records 1 to 3 of 3

Address

Attention:

Address: ATTN: LICENSING DEPT 1930 W RIO SALADO PKWY, TEMPE, AZ, 85281, USA

County: Maricopa

Last Updated: 3/9/2012

Entity Principal Office Address

Attention:

Address:

County:

Last Updated:

Back   Return to Search

Return to Results

Document History    Name/Restructuring History

Pending Documents    Microfilm History