IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT BODNAR, on behalf of himself**                           **PLAINTIFF**
**and all others similarly situated**

VS.                     Case No. 2:22-cv-00013-BSM

**CARVANA, LLC**                                                                **DEFENDANT**

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CARVANA, LLC TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Carvana, LLC ("Carvana"), by and through its counsel, respectfully moves the Court for an extension of time to answer or otherwise respond to the Complaint until thirty (30) days from the entry of the Court's order granting this motion. In support of this motion, Carvana states as follows:

1. On or about October 27, 2021, Plaintiff filed the Complaint in the Circuit Court of Crittenden County, Arkansas. *See* Dkt. 1 at Ex. 1.

2. On December 22, 2021, Plaintiff served the Complaint on Carvana. *See* Dkt. 1 at Ex. 2.

3. On January 19, 2022, Carvana timely removed this matter from the Circuit Court of Crittenden County. *See* Dkt. 1.

4. Carvana had not answered or otherwise responded to the Complaint before removal. Under Federal Rule of Civil Procedure 81(c)(2)(C), the current deadline of Carvana to answer, move, or otherwise respond to the Complaint is January 26, 2022.

5. Counsel for Plaintiff has indicated that, while reserving its rights, Plaintiff does not currently intend to move to remand this action to the Circuit Court of Crittenden County at this

time based on the representations of Carvana that the Court has jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. §§ 1332(d), 1453 ("CAFA").

6. Carvana intends to file a motion to compel arbitration of the claims asserted in Plaintiff's Complaint on an individual, non-class basis and to dismiss or stay this action, and counsel for Plaintiff has indicated that Plaintiff will oppose that motion.

7. Carvana is also evaluating whether to move to dismiss this action on other grounds.

8. Carvana therefore respectfully requests that the Court extend the deadline to answer or otherwise respond to Plaintiff's Complaint until February 28, 2022.

9. No party will be prejudiced by this extension, and counsel for Plaintiff has indicated to Carvana that Plaintiff does not oppose this motion.

WHEREFORE, Carvana respectfully requests that the Court grant this motion for an Extension of Time for Defendant Carvana, LLC to Respond to the Complaint until February 28, 2022, and for such other relief as the Court deems just.

Dated: January 25, 2022

Respectfully Submitted,

Grant E. Fortson
Ark. Bar No. 92148
Attorney for Carvana, LLC
LAX, VAUGHAN, FORTSON,
  ROWE & THREET, P.A.
11300 Cantrell Road, Suite 201
Little Rock, Arkansas 72212
Telephone: (501) 376-6565
E-mail:  gfortson@laxvaughan.com

Eric Leon (New York Bar No. 2626562)
(*Pro Hac Vice* Pending)
Attorney for Carvana, LLC
eric.leon@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

>Robert C. Collins III (Illinois Bar No. 6304674)
>(*Pro Hac Vice* Pending)
>Attorney for Carvana, LLC
>robert.collins@lw.com
>LATHAM & WATKINS LLP
>330 North Wabash Avenue, Suite 2800
>Chicago, Illinois  60611
>Telephone:  (312) 876-7700
>Facsimile:  (312) 993-9767

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that on January 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to all counsel of record.

>/s/ Grant E. Fortson
>Grant E. Fortson