IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**ROBERT BODNER**
*On behalf of himself individually and
on behalf of similarly situated persons.*

Plaintiffs,                                          Civil Action No. 2:22-cv-13-BSM

v.

**CARVANA LLC,**

Defendant.

## LOCAL RULE 83.5(D) MOTION FOR THE *PRO HAC VICE* APPEARANCE OF ROBERT P. COCCO

Plaintiff, by and in agreement with their undersigned counsel Kathy Cruz and the CRUZ LAW FIRM (a member of this Court, do hereby move pursuant to Local Rule 83.5(d) for *the pro hac vice* admission of Robert P. Cocco as additional Counsel for the Plaintiff and putative class members and say in support as follows:

1. Local Rule 83.5(d) permits out-of-state attorneys "is a member in good standing of the Bar of any United States District Court, or of the highest court of any state or territory or insular possession of the United States but is not admitted to practice in the District Courts in Arkansas."

2. "The application shall designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case. There shall also be filed with

such application the address and telephone number of the named designee." *Id.* The named designee for this application is:

> Kathy Cruz
> CRUZ LAW FIRM
> 1325 Central Avenue
> Hot Springs, AR 70901
> Phone (501) 624-3600
> Email: kathycruzlaw@gmail.com

3. Kathy Cruz is a member of the bar of this Court.

4. Plaintiff desires for Robert P. Cocco of ROBERT P. COCCO, P.C., based in Philadelphia Pennsylvania to appear with Ms. Cruz in this action on their behalf. The applicant's address and bar numbers are:

> Robert P. Cocco
> ROBERT P. COCCO, P.C.
> Pa. Id. No. 61907
> 1500 Walnut Street, Suite 900
> Philadelphia, PA 19102
> 215-351-0200
> bob.cocco@phillyconsumerlaw.com

5. Mr. Cocco is not qualified or licensed to practice under the laws of Arkansas. However, Mr. Cocco is qualified or licensed in the following courts and jurisdictions:

   a. Pennsylvania: Supreme Court, Bar Admission November 1991.

   b. United Stated District Court for the Eastern District of Pennsylvania: Bar Admission since November 1993.

   c. United Stated District Court for the Middle District of Pennsylvania: Bar Admission since November 2018.

   d. United Stated District Court for the Western District of Pennsylvania: Bar Admission since April 2021.

   e. United States Court of Appeals for the Third Circuit: Bar Admission since June 2008.

6. Plaintiff request that the Court grant this motion and permit Mr. Cocco to appear in this action on his behalf and on behalf of the putative class members. If necessary, Plaintiffs also request that Mr. Cocco be permitted to appear at hearings or trials in the absence of Ms. Cruz if Ms. Cruz is unavailable for the event.

WHEREFORE, for good cause shown and pursuant to Local Rule 83.5(d) Plaintiff and Plaintiff's counsel Kathy Cruz move for *the pro hac vice* admission of Robert P. Cocco as additional Counsel for the Plaintiff and putative class members

        Respectfully submitted,

        /s/ Kathy Cruz

        Kathy Cruz
        CRUZ LAW FIRM
        1325 Central Avenue
        Hot Springs, AR 70901
        Phone (501) 624-3600
        Email: kathycruzlaw@gmail.com

## AFFIRMATION OF ROBERT P. COCCO

I do hereby certify and affirm under penalties of perjury the factual statements attested to herein as true and accurate. I further certify that I am an attorney in good standing in each court that I am admitted for the practice of law. I further affirm that I shall be subject to the Local Rules of and I have generally reviewed the Local Rules for the United States District Court for the Eastern District of Arkansas and to the Court's jurisdiction in any matters of discipline.

_____
Robert P. Cocco

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing and proposed order was served on all counsel of record when filed with the Court's CM/ECF System.

/s/ Kathy Cruz

Kathy Cruz