**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ROBERT BODNAR, on behalf of himself**                                **PLAINTIFF**
**and all others similarly situated**

**VS.**                      **Case No. 2:22-cv-00013-BSM**

**CARVANA, LLC**                                                            **DEFENDANT**

**DEFENDANT CARVANA, LLC'S MOTION**
**TO COMPEL ARBITRATION AND TO DISMISS**

     Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Carvana, LLC ("Carvana"), by and through its undersigned counsel, respectfully moves to compel arbitration on a non-class basis and to dismiss or stay all of Plaintiff's claims, and, alternatively, to dismiss Plaintiff's claims for failure to state a claim. Carvana bases its motion on the accompanying Memorandum of Law in Support of Carvana, LLC's Motion to Compel Arbitration and to Dismiss, which is being filed simultaneously herewith.

Date: February 28, 2022                             Respectfully Submitted,

                                                                 /*s*/ Robert C. Collins III

                                                                   Eric Leon (New York Bar No. 2626562)
                                                                   (Admitted *Pro Hac Vice*)
                                                                   eric.leon@lw.com
                                                                   Marc S. Werner (New York Bar No.
                                                                   5301221) (*Pro Hac Vice* application
                                                                   forthcoming)
                                                                   marc.werner@lw.com
                                                                   LATHAM & WATKINS LLP
                                                                   1271 Avenue of the Americas
                                                                   New York, NY 10020

Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

Robert C. Collins III (Illinois Bar No. 6304674) (Admitted *Pro Hac Vice*)
robert.collins@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

Grant E. Fortson (Ark. Bar No. 92148)
gfortson@laxvaughan.com
LAX, VAUGHAN, FORTSON, ROWE & THREET, P.A.
11300 Cantrell Road, Suite 201
Little Rock, AR 72212
Telephone: (501) 376-6565

*Attorneys for Defendant Carvana, LLC*