# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**ROBERT BODNAR, on behalf of himself**                                       **PLAINTIFF**
**and all others similarly situated**

VS.                             Case No. 2:22-cv-00013-BSM

**CARVANA, LLC**                                                                                   **DEFENDANT**

## DECLARATION OF ROBERT C. COLLINS III IN SUPPORT OF DEFENDANT CARVANA, LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS

I, Robert C. Collins III, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am an attorney licensed to practice in the State of Illinois and am admitted *pro hac vice* in this Court. I am a partner at the law firm of Latham & Watkins LLP, attorneys of record for Carvana, LLC ("Carvana"). I am over the age of 18 years of age. The facts contained in this declaration are based on my personal knowledge and belief.

2.     A true and correct copy of Plaintiff Robert Bodnar's[1] Retail Purchase Agreement, executed on May 2, 2021, is attached hereto as Exhibit A.

3.     A true and correct copy of Plaintiff Robert Bodnar's Arbitration Agreement, executed on May 2, 2021, is attached hereto as Exhibit B.

4.     A true and correct copy of Plaintiff Robert Bodnar's Retail Installment Contract, executed on May 2, 2021, is attached hereto as Exhibit C.

---

[1] The Complaint refers to Plaintiff as Robert Bodnar. *See* Compl. ¶ 1. Plaintiff's contracts, however, refer to him as Richard Bodnar.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois on the 28th day of February, 2022.

                                                                          */s/* Robert C. Collins III
                                                                            Robert C. Collins III