UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BODNAR, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br>     vs.<br><br>CARVANA, LLC,<br>                    Defendants. | Case No. 2:22-cv-00013-BSM<br><br>Jury Trial of Twelve (12) Jurors Demanded |

## NOTICE OF DISMISSAL

To the Clerk:

Plaintiff requests the above captioned action be dismissed <u>without prejudice</u> in accordance with F.R.Civ.P. 41(a), subject to the Court's approval.

By:   /s/Robert P. Cocco
      Robert P. Cocco, Esquire
      Attorney for Plaintiff

Dated: March 24, 2022

                              Ordered and Approved by the Court:

                              _____
                              **HONORABLE BRIAN STACY MILLER**
                              **UNITED STATES DISTRICT JUDGE**

**Certificate of Service**

  I, Robert P. Cocco, counsel for Plaintiff, hereby certify that I filed the foregoing Praecipe to Dismiss electronically and that all parties have been served via ECF email with the exception of notice delivered by U.S Mail and email to:

Eric Leon
Latham & Watkins LLP - New York
1271 Avenue of the Americas
New York, NY 10020
Eric.Leon@law.com


Robert C. Collins
Latham & Watkins LLP
Sears Tower
330 North Wabash
Suite 2800
Chicago, IL 60611
Robert.Collins@lw.com


Dated: March 24, 2022          /s/ Robert P. Cocco