# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**ROBERT BODNAR, on behalf of**
**himself and all other similarly situated**                                                            **PLAINTIFF**

**v.**                 **CASE NO. 2:22-CV-00013-BSM**

**CARVANA, LLC**                                                                              **DEFENDANT**

## ORDER

Pursuant to the notice of dismissal [Doc. No.17], and Federal Rule of Civil Procedure 41, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of March, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE