IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT BODNAR, on behalf of**
**himself and all other similarly situated**                              **PLAINTIFF**

**v.**               **CASE NO. 2:22-CV-00013-BSM**

**CARVANA, LLC**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE